IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONDALEE MORRIS, | ) | No. C 12-6132 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| SGT. D. SANDOVAL, et al., | ) ) | |
| Defendants. | ) ) | |

On December 3, 2012, Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. On April 4, 2013, the Court screened the complaint, found that the complaint was deficient, and dismissed it with leave to amend. In its order, the Court instructed Plaintiff to file an amended complaint within thirty days or face dismissal. To date, Plaintiff has not filed an amended complaint. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 5/15/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Morris132discomp.wpd