IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONDALEE MORRIS, | ) | No. C 12-6132 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SGT. D. SANDOVAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/15/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Morris132jud.wpd