**FILED**

JUN 10 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, ) | No. C 12-6132 LHK (PR) |
| Plaintiff, ) | ORDER TO RE-OPEN |
| v. ) | |
| SGT. D. SANDOVAL, et al., ) | |
| Defendants. ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 4, 2013, the Court dismissed the complaint and directed Plaintiff to file an amended complaint within thirty days. (Docket No. 6.) On May 16, 2013, the Court dismissed the case and entered a judgment. However, Plaintiff's amended complaint was filed on May 10, 2013, but was docketed after the Court's order of dismissal was filed. Although the amended complaint is late, the Court exercises its discretion to **VACATE** the judgment and **REOPEN** this action. The Court will conduct its initial screening in a separate order.

IT IS SO ORDERED.

DATED: 6/7/13

LUCY H. KOH
United States District Judge

Order to Re-Open
G:\PRO-SE\LHK\CR.12\Morris132reo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CONDALEE MORRIS,

        Plaintiff,

v.

D SANDOVAL et al,

        Defendant.

Case Number: CV12-06132 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Condalee Morris V96203
Calipatria State Prison
7018 Blair Road
P.O. Box 5001
Calipatria, CA 92233-5001

Dated: June 10, 2013

                                      Richard W. Wieking, Clerk

                                      By: Elizabeth Garcia, Deputy Clerk