IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONDALEE MORRIS,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**D. SANDOVAL, et al.,,**<br><br>                                    Defendants. | Case No. C 12-6132 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

   Defendants seek a ninety-one day extension of time to file a dispositive motion in this case. Having reviewed Defendants' motion and supporting papers, and good cause appearing, Defendants' motion is GRANTED.

   Defendants may file a dispositive motion on or before Monday January 13, 2014. Plaintiff may file an opposition to Defendants' motion within thirty days after service of Defendants' motion. Defendants shall file a reply brief within fifteen days after service of Plaintiff's opposition brief.

Dated:   10/21/13

*Lucy H. Koh*
The Honorable Lucy H. Koh

1