IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONDALEE MORRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**D. SANDOVAL, et al.,**<br><br>Defendants. | Case No. C 12-6132 LHK (PR)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants filed a motion for a twenty-five-day extension of time to file a dispositive motion. Good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before February 7, 2014. Plaintiff may file an opposition to the motion within twenty-eight days of the filing of Defendants' motion. Defendants shall file a reply brief within fourteen days of the filing of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated: _____1/17/14_____          _____*Lucy H. Koh*_____
                                                                The Honorable Lucy H. Koh

1