IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONDALEE MORRIS,** | Case No. C 12-6132 LHK (PR) |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR A SEVEN-DAY EXTENSION TO FILE A REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT** |
| **v.** | |
| **D. SANDOVAL, et al.,,** | |
| Defendants. | |

   Defendants filed a motion for a seven-day extension of time to file a reply brief in support

of summary judgment.  Good cause appearing, Defendants' motion is **GRANTED**.  Defendants

may file a reply brief on or before March 21, 2014.


   **IT IS SO ORDERED.**



Dated:   3/24/14                               _____

                                          The Honorable Lucy H. Koh

SF2013206124
40915420.doc

1

[~~Proposed~~] Order Granting Defs.' Admin. Mot. for  a Seven-Day Ext. to File Reply Brief  (C 12-6132 LHK (PR))