UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CONDALEE MORRIS, | No. 5:12-CV-6132 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SGT. D. SANDOVAL, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of CONDALEE MORRIS, inmate no. V96203, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 6, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of CONDALEE MORRIS, inmate no. V96203, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, 9:00 a.m. on November 5, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Morris v. Sandoval, et al, and at the

<mark>Case 3:12-cv-06132-JD   Document 112   Filed 10/06/14   Page 2 of 3</mark>

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: October 6, 2014

                                        RICHARD WIEKING
                                      CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
     Administrative Law Clerk

Dated: October 6, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge

<mark>United States District Court
For the Northern District of California</mark>

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CONDALEE MORRIS, | No. 5:12-CV-06132 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SGT. D. SANDOVAL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 6, 2014, 2014, I SERVED a true and correct copy of the attached and document no. 108, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Condalee Morris
V96203
PO Box 1050
Salinas Valley State Prison
Soledad, CA  93960-1050

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas