**FILED**

APR 08 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CONDALEE MORRIS, | ) No. C 12-6132 LHK (PR) |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| SGT. D. SANDOVAL, et al., | ) |
| Defendants. | ) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that defendants violated his Eighth Amendment rights. On June 11, 2014, the court granted in part and denied in part defendants' motion for summary judgment. On December 18, 2014, after settlement proceedings proved unsuccessful, the court granted plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program to locate counsel. On March 17, 2015, the court appointed Krystal Bowen and Lien Payne of Sheppard Mullin Richter & Hampton to serve as pro bono counsel for plaintiff for the duration of the case. However, plaintiff has indicated he wishes to represent himself.

At this time, a case management conference is set for **May 27, 2015 at 2:00 p.m.** A Joint Case Management Statement is due no later than **May 20, 2015**. In addition, plaintiff shall be permitted to appear telephonically at the case management conference. At that time, the court

Order
P:\PRO-SE\LHK\CR.12\Morris132cmc.wpd

will address plaintiff's request for self-representation. The Deputy Attorney General representing defendants in this action will initiate the conference call and have plaintiff connected on the telephone call before connecting the conference call to the court. The Deputy Attorney General should call the courtroom deputy in advance to obtain the phone number.

IT IS SO ORDERED.

DATED: 4/8/2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order
P:\PRO-SE\LHK\CR.12\Morris132cmc.wpd