UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONDALEE MORRIS,<br><br>        Plaintiff,<br><br>  v.<br><br>SGT. D. SANDOVAL, et al.,<br><br>        Defendants. | Case No. 12-CV-06132-LHK<br><br>**RECUSAL ORDER** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: July 15, 2015

                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge

1

Case No. 12-CV-06132-LHK
RECUSAL ORDER