UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>D. SANDOVAL, et al.,<br><br>            Defendants. | Case No. 12-cv-06132-JD<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL, REFERRING CASE TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 188, 189, 190 |

This is a civil rights case filed pro se by a state prisoner. Summary judgment was denied and this case will proceed to trial. The Court inquired if plaintiff sought the appointment of counsel and plaintiff has filed a motion seeking counsel. The Court finds a trial sufficiently exceptional to warrant appointment of counsel if one can be found. Thus, plaintiff's motion to appoint counsel is granted. However, as previously noted, the Court has no power to make coercive appointments, and the Court can only attempt to locate volunteer counsel to try this case.

**CONCLUSION**

1. Plaintiff's motion for a settlement conference (Docket No. 189) is **DENIED** without prejudice.

2. Plaintiff's motion to compel (Docket No. 190) is **DENIED**.

3. The motion to appoint counsel (Docket No. 188) is **GRANTED**.

4. This case is referred to the Federal Pro Bono Project. The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of

the operative complaint and relevant court orders.  When the Federal Pro Bono Project reports that an attorney has been located to represent plaintiff, that attorney will be appointed.  In view of the referral, further proceedings in this case are **STAYED**.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. SANDOVAL, et al.,<br><br>　　　　　Defendants. | Case No.   12-cv-06132-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Condalee Morris ID: V96203
Calif. State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: November 13, 2015

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By: /s/ Lisa R. Clark
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO