UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. SANDOVAL, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-06132-JD<br><br>**ORDER APPOINTING COUNSEL** |

　　　　In this civil rights case, the Court previously granted plaintiff's motion seeking the appointment of counsel. Dkt. No. 191. Plaintiff is a state prisoner who had been proceeding pro se. The Court noted, however, that it had no power to make a coercive appointment in this civil case, and it could only attempt to locate volunteer counsel to try this case on plaintiff's behalf. *Id*.

　　　　The Court was pleased to be advised by the Federal Pro Bono Project that volunteer counsel has been located, and the Court now appoints Jennifer Estremera and Courtland Reichman of McKool Smith Hennigan PC as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The Court appreciates counsel's willingness to provide this important service on a volunteer basis, and the Court welcomes counsel to the case.

　　　　Looking forward, plaintiff and defendants had previously indicated that an additional settlement conference would be beneficial. After plaintiff's new counsel has had some time to familiarize themselves with the case, counsel for both sides are requested to meet and confer and to file by January 22, 2016, a joint statement indicating whether an additional settlement conference is desired. After receiving that filing, the Court will refer the case for a settlement conference, set the case for a further case management conference, or both.

The Court continues the stay of this case (Dkt. No. 191) in the meantime.

**IT IS SO ORDERED.**

Dated:  December 11, 2015

_____
JAMES DONATO
United States District Judge