UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CONDALEE MORRIS,<br><br>    Plaintiff,<br>v.<br><br>SGT. D. SANDOVAL, et al.,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-06132 JD (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of CONDALEE MORRIS, inmate no. V96203, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 12, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of CONDALEE MORRIS, inmate no. V96203, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 9:00 a.m., on August 19, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Morris v. Sandoval, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  July 12, 2016

                              SUSAN Y. SONG
                              CLERK, UNITED STATES DISTRICT COURT

                              By: Linn Van Meter
                                  Administrative Law Clerk

Dated:  July 12, 2016



_____
NANDO
United St

2