UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALEE MORRIS,

    Plaintiff,

  v.

D. SANDOVAL, et al.,

    Defendants.

Case No. 12-cv-06132-JD (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 19, 2016 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Condalee Morris and Jennifer Estremera.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Giam Nguyen.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 9/19/2016

_____
NANDOR J. VADAS
United States Magistrate Judge