UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br>　　　　Plaintiff,<br>　v.<br>D. SANDOVAL, et al.,<br>　　　　Defendants. | Case No. 12-cv-06132-JD<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The Court hereby orders the issuance of a Writ of Habeas Corpus Ad Testificandum for the trial appearance of CONDALEE MORRIS, inmate no. V96203, presently in custody at California State Prison – Sacramento, on May 22, 2017 at 8:30 a.m. at Courtroom 11, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, until the conclusion of the trial or as ordered by the Court.

To: Warden, California State Prison - Sacramento, 100 Prison Road, P.O. Box 290002, Represa, CA 95671

WE ORDER that you produce CONDALEE MORRIS, inmate no. V96203, in your custody at California State Prison – Sacramento, to be present at trial at 8:30 a.m. on May 22, 2017 at Courtroom 11, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102. Mr. Morris must be present at trial, from day to day until completion of the trial or as ordered by the Court, and thereafter will return to custody at the above institution.

YOU ARE FURTHER ORDERED to notify the Court of any change in custody of the inmate and shall provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, <br>     Plaintiff, <br> v. <br> D. SANDOVAL, et al., <br>     Defendants. | Case No. 12-cv-06132-JD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Condalee Morris ID: #:V96203
Calif. State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: April 19, 2017

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO